# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ST. LOUIS HEART CENTER, LTD. and ) VEIN CENTERS FOR EXCELLENCE, INC. ) ) Defendants. ) | Case No.: 4:15-cv-01544 |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, ST. LOUIS HEART CENTER, INC., hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum Opinion entered September 14, 2017 (Doc. 102) and the Judgment entered September 14, 2017 (Doc. 103).

Respectfully submitted,

ST. LOUIS HEART CENTER, INC., individually and on behalf of all others similarly situated

By:  /s/ David M. Oppenheim
One of Plaintiff's Attorneys

Max G. Margulis
Margulis Law Group
28 Old Belle Monte Road
Chesterfield, MO 63017
Telephone: (636) 536-7022
Fax: (636) 536-6652
Email: maxmargulis@margulislaw.com

Phillip A. Bock #6224502IL
David M. Oppenheim, #6278171IL
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: (312) 658-5500
Fax: (312) 658-5555
E-Mail: phil@classlawyers.com

                                                       E-Mail: david@classlawyers.com

Jeffrey A. Berman, #6196251IL
Brian J. Wanca, of Counsel
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Fax: (847) 368-1501
E-Mail: bwanca@andersonwanca.com
E-Mail: jberman@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                      _/s/ David M. Oppenheim