# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3266

American Family Mutual Insurance Company

Appellee

v.

Vein Centers for Excellence, Inc.

St. Louis Heart Center, Inc.

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-01544-JCH)
_____

## MANDATE

In accordance with the opinion and judgment of 01/03/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 29, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit